IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEVERICK SCOTT
ADC #131042                                                                                           PLAINTIFF

VS.                                    4:21-CV-00055-BRW-JJV

ARKANSAS DIVISION OF CORRECTIONS, *et al.*                                       DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Plaintiff's Amended Complaint (Doc. No. 6) is DISMISSED WITHOUT PREJUDICE. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 19th day of April, 2021.

*Billy Roy Wilson*
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1