IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**
**ADC #131042**                                                                                     **PLAINTIFF**

**VS.**                                         **4:21-CV-00055-BRW-JJV**

**ARKANSAS DIVISION OF CORRECTIONS,** *et al.*                      **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 19th day of April, 2021.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1